**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

IN RE:    CHARLES ROGER GRAY,                      Case No.: 5:17-bk-72506 B
            Debtor                                                   Chapter 13

**TRUSTEE'S MOTION TO DISMISS**

Joyce Bradley Babin, Chapter 13 Standing Trustee, for her Motion to Dismiss, states:

1. An Order was entered on April 30, 2018 requiring the debtor to file a modification to the plan within 30 days.

2. A modified plan has not been filed, and the Debtor has not requested an extension of time within which to make such modification.

WHEREFORE, the Trustee prays for an order dismissing this case, and for all other just, proper, and equitable relief.

/s/ Joyce Bradley Babin

Joyce Bradley Babin
Chapter 13 Standing Trustee

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on the Debtor's attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtor and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on June 04, 2018.

/s/ Joyce Bradley Babin

Joyce Bradley Babin

Charles Roger Gray
3705 Sw Plateau Blvd
Bentonville, AR 72712