IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: Charles Roger Gray

CASE NO: 5:17-bk-72506 B

Chapter 13

ORDER

BEFORE THE COURT is the Motion to Dismiss ("Motion") filed by Joyce Bradley Babin, Chapter 13 Trustee, on June 04, 2018, Docket Entry 60. The Motion was set for hearing on June 26, 2018. However, prior to the hearing, the Motion was resolved. Therefore, upon consideration, for good cause shown and by agreement of the parties, the Court finds that the Trustee's Motion to Dismiss is **WITHDRAWN** upon the condition that a modification to the Debtor's plan is filed within 30 days of entry of this Order. Should the Debtor fail to modify the plan within the time limit prescribed herein, the case will be dismissed without further notice or hearing.

**IT IS SO ORDERED**.

Date:

Ben Barry
United States Bankruptcy Judge
Dated: 06/29/2018

/s/ Todd Van Es
Todd Van Es
Attorney for Debtor

/s/ Natasha R. Graf for
Joyce Bradley Babin,


cc: Charles Roger Gray, Debtor
    VAN ES LAW FIRM, P.A., Debtor's Attorney
    Joyce Bradley Babin, Trustee

EOD: June 29, 2018