IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: CHARLES ROGER GRAY  
DEBTOR

CASE NO: 5:17-bk-72506 B  
CHAPTER 13

## TRUSTEE'S MOTION TO DISMISS
## FOR FAILURE TO MAKE PLAN PAYMENTS
## AND NOTICE OF HEARING

Joyce Bradley Babin, Trustee, for this Motion to Dismiss for Failure to Make Plan Payments and Notice of Hearing, states:

1. The Chapter 13 plan requires the debtor to pay the Trustee as follows:

    $995.74 Monthly  ( Source: CHARLES ROGER GRAY $995.74 MONTHLY )

2. The debtor is in material default with respect to the terms of the plan pursuant to 11 U.S.C. § 1307. Payments by or for the debtor to the Trustee have not been made as proposed.

3. The debtor's case should be dismissed pursuant to 11 U.S.C. § 1307(c)(1),(4) and (6).

Wherefore, the Trustee prays that the debtor's case be dismissed and for all other just, proper, and equitable relief.

/s/ Joyce Bradley Babin  
Joyce Bradley Babin  
Chapter 13 Standing Trustee

## NOTICE OF HEARING TO THE DEBTOR AND DEBTOR'S ATTORNEY

You are hereby notified that a hearing on the Trustee's Motion to Dismiss for Failure to Make Plan Payments will be held on:

August 29, 2018 at 9:00 am

United States Courthouse  
35 E. Mountain, Room 416  
Fayetteville, AR 72701

If you contest the Trustee's Motion to Dismiss for Failure to Make Plan Payments, you should: (1) appear at the hearing; and (2) file a written response to the motion and serve it upon the Trustee at the address listed in this motion no later than two days before the date set for the hearing.

Date: August 02, 2018

/s/ Jean Rolfs  
Jean Rolfs  
United States Bankruptcy Court Clerk

cc: Van Es Law Firm, P.A.  
P O Box 597  
Centerton, AR 72719

Charles Roger Gray  
3705 Sw Plateau Blvd  
Bentonville, AR 72712

GO 11-11b / an / 006